In re State of Louisiana; — Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal District Court Div. B, No. 364-508, Tracey Flemings Davillier, J.; to the Court of Appeal, Fourth Circuit, No. 2013-K-0591.
1 iGranted. The district court erred in failing to grant the state’s re-urged motion to stay the re-sentencing hearing. The decision in Miller v. Alabama, 567 U.S.-, 132 S.Ct. 2455, 183 L.Ed.2d 407 (2012) does not apply retroactively in the defendant’s case. See State v. Tate, 12-2763 (La. 11/5/13); 130 So.3d 829, cert, denied, Tate v. Louisiana, No. 12-8915, — U.S. —, 134 S.Ct. 2663,189 L.Ed.2d 214, 2014 WL 834279 (May 27, 2014).
JOHNSON, C.J., dissents and would deny the writ with reasons.